[No. 36979-6-II.   Division Two.   February 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN ROBERT BRAZEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04782-0, Frederick W. Fleming, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 38344-6-II.   Division Two.   February 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY W. GOLDSBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00113-9, Jill M. Johanson, J., entered September 18, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 38703-4-II.   Division Two.   February 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA V. GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 08-1-00087-5, Michael J. Sullivan, J., entered December 4, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 38779-4-II.   Division Two.   February 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN RONELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00793-8, Kitty-Ann van Doorninck, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.